Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
Nevada Bar No.  2788
**NERSESIAN & SANKIEWICZ**
528 South Eighth Street
Las Vegas, Nevada 89101
Telephone:  702-385-5454
Facsimile:   702-385-7667
vegaslegal@aol.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Mullins and Cassandra Holland, | ) Case No.: 2:21-cv-01294-RFB-BNW |
| Plaintiffs, | ) |
| vs. | ) |
| Las Vegas Metropolitan Police Department  a political subdivision of the State of Nevada; Nevada Property 1, LLC, a foreign Limited Liability Company, d/b/a The Cosmopolitan of Las Vegas; LVMPD Employees, DOES 1-10, Does 11-20, and Security Officers/Employees DOES 21-30, | ) **STIPULATION AND ORDER TO DISMISS** |
| Defendants. | ) |

     NOW COME  the parties hereto and herewith stipulate that this action be dismissed,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Nersesian & Sankiewicz**
528 South Eighth Street

1

each party to bear their own costs and attorney's fees. There is no trial currently scheduled in the within matter.

DATED this 12th day of November, 2021.

**NERSESIAN & SANKIEWICZ**

/s/ Robert A. Nersesian
Robert A. Nersesian
Nevada Bar No. 2762
528 S. Eighth Street
Las Vegas, Nevada  89101
Telephone:  702-385-5454
Email:  vegaslegal@aol.com
*Attorneys for Plaintiffs*

DATED this 12th day of November, 2021.                    DATED this 12th day of November, 2021.

**MARQUIS AURBACH COFFING**                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Jackie V. Nichols                                    /s/ Chris J. Richardson
Jackie V. Nichols, Esq.                                  Chris J. Richardson, Esq.
Nevada Bar No. 14246                                     Nevada Bar No. 9166
10001 Park Run Drive                                     6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, Nevada 89145                                  Las Vegas, NV 89119
Telephone: (702) 382-0711                                Telephone: (702) 727-1400
jnichols@maclaw.com                                      Email: chris.richardson@wilsonelser.com
*Attorneys for Defendant, Las Vegas*                     *Attorneys for Defendant, Nevada Property 1*
*Metropolitan Police Department*                         *LLC d/b/a The Cosmopolitan of Las Vegas*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  November 13, 2021

2